```
STIP
BRIAN J. SMITH, ESQ.
State Bar Number 11279
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 380-8248
Attorney for HAN
```

UNITED STATES DISTRICT COURT

IN AND FOR THE STATE OF NEVADA

| | |
|---|---|
| STATE OF NEVADA,              )<br>                              )<br>    Plaintiff,                )<br>                              )<br>v.                            )<br>                              )<br>JIANGUO HAN,                  )<br>                              )<br>    Defendant.                )<br>_____) | Case No.: 2:15-cr-00069-JCM-NJK |

ORDER GRANTING

**STIPULATED SUBSTITUTION OF COUNSEL**

NOTICE IS HEREBY GIVEN that the defendant, JIANGUO HAN requests a substitution of counsel in the above styled cause, wherein BRIAN J. SMITH, ESQ. is substituted counsel and YI LIN ZHENG, ESQ., is no longer counsel of record for the defendant.

DATED this 3rd day of September, 2015.



Yi Lin Zheng, Esq.
State Bar Number
520 South Fourth Street
Las Vegas, Nevada 89101
(702) 385-7170

YI LIN ZHENG, Esq.

Brian J. Smith, Esq.
State Bar Number 11279
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
(702) 380-8248

BRIAN J. SMITH, Esq.

JIANGUO HAN, Defendant

IT IS SO ORDERED.
Dated: September 4, 2015

_____
United States Magistrate Judge