# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) 2:15-CR-0069-JCM-NJK |
| JIANGUO HAN, BING HAN, | ) |
| Defendants. | ) |

## ORDER

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

Dated August 2, 2017.

_____
JAMES C. MAHAN, U.S. DISTRICT JUDGE