STIP
CARL E.G. ARNOLD, ESQ.
State Bar Number 8358
1428 S. Jones Boulevard
Las Vegas, Nevada 89146
(702) 358-1138
Attorney for HAN

UNITED STATES DISTRICT COURT

IN AND FOR THE STATE OF NEVADA

STATE OF NEVADA, )
        Plaintiff, )
v. )  Case No.: 2:15-cr-00069-JCM-NJK
JIANGUO HAN, )
        Defendant. )

### STIPULATED SUBSTITUTION OF COUNSEL

NOTICE IS HEREBY GIVEN that the defendant, JIANGUO HAN requests a substitution of counsel in the above styled cause, wherein CARL E.G. ARNOLD, ESQ. is substituted counsel and BRIAN J. SMITH, ESQ., is no longer counsel of record for the defendant.

DATED this 15th day of SEPT., 2017.

Carl E.G. Arnold, Esq.  
State Bar Number 8358  
1428 S. Jones Blvd.  
Las Vegas, Nevada 89146  
(702) 358-1138

_/s/ Carl E.G. Arnold_  
CARL E.G. ARNOLD, Esq.

IT IS SO ORDERED.  
Dated: September 14, 2017

_____  
United States Magistrate Judge

Brian J. Smith, Esq.  
State Bar Number 11279  
9525 Hillwood Drive, Suite 190  
Las Vegas, Nevada 89134  
(702) 380-8248

_/s/ Brian Smith_  
BRIAN J. SMITH, Esq.

_/s/ Jianguo Han_  
JIANGUO HAN, Defendant